# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-489
LT Case No. 16-2001-CF-14528

_____

KEON M. LYNCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Keon M. Lynch, Raiford, pro se.

Ashley Moody Attorney General, and Thomas H. Duffy,
Assistant Attorney General, Tallahassee, for Appellee.


September 19, 2023

PER CURIAM.

AFFIRMED. *See* § 775.087(1)(b) and § 775.084(4)(a), Fla. Stat. (2001).


WALLIS, EISNAUGLE, AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____